IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JEROME W. BLACK JR., | * |
| Plaintiff, | * |
| vs. | * |
| Nurse KIM RAYBURN, *et al.*, | *   CASE NO. 4:20-CV-249 (CDL) |
| Defendants. | * |

O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on April 15, 2021 is hereby approved, adopted, and made the Order of the Court as to Plaintiff's motions for judgment on the pleadings (ECF Nos. 18 & 21). The Court considered Plaintiff's objections to the Report and Recommendation and finds that they lack merit. Plaintiff has withdrawn his other pending motions (ECF Nos. 19 & 20) and they are therefore terminated as moot.

IT IS SO ORDERED, this 2nd day of June, 2021.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA