```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF GEORGIA
                      COLUMBUS DIVISION
```

JEROME W. BLACK, JR.,                *

    Plaintiff,                   *

vs.                                  *
                                    CASE NO. 4:20-CV-249 (CDL)
KIM RAYBURN, TAMEKA CRAWFORD,        *
and WILLIAM HEDDEN
                            *

    Defendants.                  *

## O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on December 14, 2021 is hereby approved, adopted, and made the Order of the Court.

The Court considered Plaintiff's objections to the Report and Recommendation and finds that they lack merit.

IT IS SO ORDERED, this 14th day of February, 2022.

                                                S/Clay D. Land
                                                CLAY D. LAND
                                                U.S. DISTRICT COURT JUDGE
                                                MIDDLE DISTRICT OF GEORGIA